Name and address
Scott A. Kamber
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA INTZEKOSTAS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>FOX ENTERTAINMENT GROUP, a Delaware Corporation and CLEARSPRING TECHNOLOGIES, INC., a Delaware Corporation,<br>Defendant(s). | CASE NUMBER<br><br>10-CV-6586<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Scott A. Kamber                                                                   , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: Erica Intzekostas                                                by whom I have been retained.

My business information is:
KamberLaw, LLC
*Firm Name*

100 Wall Street, 23rd Floor
*Street Address*

New York, New York, 10005                    skamber@kamberlaw.com
*City, State, Zip*                                          *E-Mail Address*
212-920-3072                                              212-920-3081
*Telephone Number*                                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| United States District Court, Southern District of New York | 1992 |
| United States District Court, Eastern District of New York | 1992 |
| United States Supreme Court | |
| United States Court of Appeals, Second and Ninth Circuits | |
| New York State Court | |

---

G-64 (07/10)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE          PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 09-cv-01045 | Silverbach v. Countrywide Financial | 2/18/2009 | Granted |
| 09-cv-6346 | De La Torre v. Allstate Ins. Co. | 11/12/2009 | Granted |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate David Parisi as local counsel, whose business information is as follows:

Parisi & Havens, LLP
*Firm Name*

15233 Valleyheart Drive
*Street Address*

Sherman Oaks, CA 91403
*City, State, Zip*

dcparisi@parisihavens.com
*E-Mail Address*

818-990-1299
*Telephone Number*

818-501-7852
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   10/14/2010

SCOTT A. KAMBER
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   10/18/2010

David C. Parisi
*Designee's Name (please print)*

*Designee's Signature*

162,248
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, Matthew G. Kiernan, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Scott Adam Kamber** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 2nd day of December 1992, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 14, 2010.

*Matthew G. Kiernan*
Clerk of the Court