David A. Stampley
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA INTZEKOSTAS, an individual, on behalf of herself and all others similarly situated,<br>Plaintiff(s)<br><br>v.<br><br>FOX ENTERTAINMENT GROUP, a Delaware Corporation and CLEARSPRING TECHNOLOGIES, INC., a Delaware Corporation,<br>Defendant(s). | CASE NUMBER<br>10-CV-6586-GW(JCGx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __David A. Stampley__,
*Applicant's Name*

of __KamberLaw, LLC, 100 Wall Street, 23rd Floor, New York, New York 10004__
*Firm Name / Address*

__212-920-3072__                                                                 __dstampley@kamberlaw.com__
*Telephone Number*                                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X  Plaintiff   ☐ Defendant

__Erica Intzekostas__

and the designation of __David C. Parisi (SBN 162248)__
*Local Counsel Designee / State Bar Number*

of __Parisi & Havens LLP, 15233 Valleyheart Drive, Sherman Oaks, California 91403__
*Local Counsel Firm / Address*

__818-990-1299__                                                                 __dcparisi@parisihavens.com__
*Telephone Number*                                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated: October 27, 2010

*[signature: George H. Wu]*

GEORGE H. WU, U. S. District Judge