Scott A. Kamber
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA INTZEKOSTAS, an individual, on behalf of herself and all others similarly situated,<br>Plaintiff(s)<br>v.<br>FOX ENTERTAINMENT GROUP, a Delaware Corporation and CLEARSPRING TECHNOLOGIES, INC., a Delaware Corporation,<br>Defendant(s). | CASE NUMBER<br>10-CV-6586-GW(JCGx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of    Scott A. Kamber    ,
*Applicant's Name*

of    KamberLaw, LLC, 100 Wall Street, 23rd Floor, New York, New York 10004   
*Firm Name / Address*

   212-920-3072                                                    skamber@kamberlaw.com   
*Telephone Number*                                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X  Plaintiff     ☐ Defendant

   Erica Intzekostas   

and the designation of    David C. Parisi (SBN 162248)   
*Local Counsel Designee /State Bar Number*

of  Parisi & Havens LLP, 15233 Valleyheart Drive, Sherman Oaks, California 91403   
*Local Counsel Firm / Address*

 818-990-1299                                                     dcparisi@parisihavens.com   
*Telephone Number*                                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  X GRANTED

  ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated: October 27, 2010

*[signature: George H. Wu]*

GEORGE H. WU, U. S. District Judge